Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Docket No. 0:01CR00055-001(JMR)

**Sergio Pineda-Toledo,**

Defendant.

On December 31, 2003, the above defendant was placed on supervision for a period of 3 years. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 18 day of May, 2005.

Honorable James M. Rosenbaum
Chief U.S. District Judge

SCANNED
MAY 19 2005
U.S. DISTRICT COURT MPLS